01-12-00361-CR

Tuesday, September 7, 2015

First Court of Appeals,

RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS

SEP 1 4 2015

CHRISTOPHER A. PRINE
CLERK

Evelyn Keyes,

Ive been patiently waiting since October 9, 2014, for the trial court to Execute an amended certification of my right to appeal. Its been 11 months almost a year.

There's also a Tape recording on November 6, 2015 that they claim there isn't.

Court 174 needs to be held in contempt of Court! There not following orders or rules of Appellate procedure!

Respectfully

Blake Monakino Spn 02156341
701 San Jacinto 4A3
Houston, TX 77002

INDIGENT

HARRIS COUNTY SHERIFF'S OFFICE JAIL
Name: Blake Mongkin0
SPN: 02156341    Cell: 4A3
Street: 701 San Jacinto

Houston, Texas 77002

770022088699

HCSO
TX 773
08 SEP '15
PM 1 L

First court of Appeals
301 Fannin
Houston TX 77002

RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS

SEP 1 4 2015

CHRISTOPHER A. PRINE
CLERK

MAIL RECEIVED

U.S. POSTAGE >> PITNEY BOWES

ZIP 77002
02 4W
0000334684 SEP 08 2015
$ 000.48⁵